United States Courts
Southern District of Texas
FILED
*June 04, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CRIMINAL NO. 4:26-cr-348** |
| § | |
| **REGINALD HAYNES** § | |
| **Defendant** § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Possession With Intent to Distribute Controlled Substance)**

On or about August 19, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

**(Possession With Intent to Distribute Controlled Substance)**

On or about August 21, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 5 grams or more of methamphetamine, a Schedule II controlled

1

substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B).

## COUNT THREE

### (Possession With Intent to Distribute Controlled Substance)

On or about August 28, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

### (Possession With Intent to Distribute Controlled Substance)

On or about September 2, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

**(Possession With Intent to Distribute Controlled Substance)**

On or about September 16, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**REGINALD HAYNES**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of less than 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

**(Possession With Intent to Distribute Controlled Substance)**

On or about October 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**REGINALD HAYNES**

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT SEVEN

### (Possession With Intent to Distribute Controlled Substance)

On or about October 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 400 grams or more of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT EIGHT

### (Possession of a Machinegun)

On or about October 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

the defendant herein, did knowingly possess a machinegun, to wit: a Glock 30, 45 caliber, with serial number BWBY802, with a machinegun conversion device installed which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C., Section 5845(b).

In violation of Title 18 United States Code, Section 922(o)(1) and 924(a)(2).

## COUNT NINE

### (Felon in Possession of a Firearm)

On or about October 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

4

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in or affecting interstate and foreign commerce, namely, a Century Arms, C39 pistol with serial number C39P01635.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN

### (Felon in Possession of Explosives)

On or about October 1, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

### REGINALD HAYNES

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess explosives, specifically, dynamite, which had been shipped and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 842(i)(1) and 844(a)(1).

## NOTICE OF CRIMINAL FORFEITURE

1.  The allegations contained in this indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.  Upon conviction of Counts One through Seven in the Indictment, offenses in violation of Title 21, United States Code, § 841, the following is subject to forfeiture:

    a.  all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

    b.  all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

5

3. Upon conviction of Counts Eight through Nine in the Indictment, REGINALD HAYNES shall forfeit to the United States, pursuant to Title 18, United States Code, §924(d)(1), by Title 28, United States Code, §2461(c) and by Title 26, United States Code, § 5872(a): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including any and all machineguns, to wit: a machinegun and/or a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C., Section 5845(b). Forfeiture to include, but not limited to:

   a. Interarms, Sporter, 7.62 cal, S/N PAC1146737

   b. Diamondback, Model DB15, Multi cal, S/N DB1735360

   c. Aero Precision Rifle, Model X15, Multi, S/N X289119

   d. Black Aces Tact, Shotgun, Bullpup, S/N 20BAT15295

   e. STI International 223 Cal, S/N STI001581

   f. Saiga 12 gauge, shotgun, S/N H12410913

   g. G Force Arms Shotgun, Model CIT12AR, S/N 21-14492

   h. Mossberg Shotgun, 500A, S/N R886549

   i. The Marlin Firearms, Model XT22, S/N MM68593B

   j. Ruger MK2 Pistol, S/N 217-30927

   k. Glock 30, 45 cal, S/N BWBY802

   l. Smith & Wesson, Revolver, Model 357, S/N CYW9296

   m. Taurus, Model G2C, 9mm, S/N TMU84449

   n. Glock 45, S/N BSEY754

   o. Taurus Pink lady, Model, 709 Slim, S/N THW31965

   p. Ruger Lower, S/N 371-95256

   q. Springfield Armory XD5, 45 cal, S/N XS611631

6

r.  Kimber Micro 9mm, S/N PB0278822

s.  Stevens 87A, 22 cal, (no serial number)

t.  Century Arms, C39, pistol, S/N C39P01635

u.  Ammunition


A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____

FOREPERSON OF THE GRAND JURY


JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

*Michael Day*
_____
MICHAEL DAY
ASSISTANT UNITED STATES ATTORNEY